Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Microsoft Corp.<br><br>PLAINTIFF(S)<br>v.<br><br>Cesar Delsas, etc.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-7673-ABC(PLAx)<br><br>**DISMISSAL BY COURT FOR WANT OF PROSECUTION (LOCAL RULE 41)** |
|---|---|

It appearing to the court that this action has been pending in this court for more than an unreasonable length of time, without any proceeding having been taken therein during such period,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed without prejudice, for want of prosecution.

_11/6/08_
Date

_[signature]_
United States District Judge